IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BENSALEM PARK MAINTENANCE, LTD., : <br> : <br> Plaintiff, : <br> : CIVIL ACTION <br> v. : <br> : <br> METROPOLITAN REGIONAL COUNCIL : No. 11-2233 <br> OF CARPENTERS, : <br> : <br> Defendant. : | |

**ORDER**

**AND NOW** this 5th day of July, 2011, upon consideration of Defendant, Metropolitan Regional Council of Carpenters' ("Defendant") Motion to Dismiss (Doc. No. 8), Defendant's Motion for Reconsideration of Order Granting Stay (Doc. No. 11), and Plaintiff, Bensalem Park Maintenance, Ltd.'s ("Plaintiff") Motion for Default Judgment (No. 14), and the Responses in opposition thereto, it is hereby **ORDERED** that:

1. Defendant's Motion to Dismiss is **GRANTED**;

2. Defendant's Motion for Reconsideration of Order Granting Stay is **DENIED** as moot;

3. Plaintiff's Motion for Default Judgment is **DENIED**; and

4. Plaintiff's case is **DISMISSED** with prejudice.

BY THE COURT

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE